ROBERT S. BREWER, JR.
United States Attorney
LAUREN G. LABUFF
Assistant United States Attorney
Arizona Bar No. 029151
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7710
Email: lauren.labuff2@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR1941-JLS |
| Plaintiff, | |
| v. | **MOTION FOR PROTECTIVE ORDER** |
| KARINA GONZALEZ-BURGOIN, ABRAHAM PENA, | The Honorable Janis L. Sammartino |
| Defendants. | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel ROBERT S. BREWER, JR., United States Attorney, Lauren G. LaBuff, Assistant U.S. Attorney. The Government hereby requests that the Court enter a Protective Order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure with regard to data extracted from the defendants' cellular phones, which may include personal information about third-parties. The Government hereby requests the following:

1. That the Protected Materials are for the exclusive use of the Defense Attorney assigned to or consulting on this case, any investigators, interpreter, experts, paralegals, legal assistants, or law clerks assistant counsels in this case (the "Defense"). The parties agree that the Defense may review the Materials with the defendant only in the presence of a member of the Defense and may not provide a copy of the Materials with the defendant. The defendant may not retain copies of the Materials in any form.

2.	That if, in the course of preparing the defense in this case, any member of the Defense needs to disclose the Protected materials the Defense needs to disclose Protected Materials to any person outside of Defense (such as to a third-party witness), counsel of record must obtain prior written authorization from the Court, with such authorization to require that any such person to whom the Protected Materials are disclosed agree to be bound by the terms of this protective order, that the Protected Materials be only shown to, and not left with, such person, and that the Protected Materials remain in the custody and control of the Defense.

3.	That the Protected Materials are provided to the Defense for purposes of investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. The parties further agree that the Protected Materials produced by the United States may not be copied or further disseminated in any way to any other person or entity who is not part of the Defense.

4.	That the Defense take all reasonable steps to (a) maintain the confidentiality of the Protected Materials, and (b) safeguard the Protected Materials produced in this case from inadvertent disclosure or review by any third party.

5.	That the Defense agrees to return to the United States or destroy any and all copies of the Protected Materials within 30 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

6.	That the parties agree that any court filings containing any part of the Protected Materials shall be filed under seal or subject to redactions approved by the United States.

//
//
//
//
//
//

*United States' Motion for Protective Order*       2

7. The Government has contacted Steve White and Ryan Stitt, defense attorneys for Defendants Gonzalez-Burgoin and Pena, respectively, each of whom indicated there is no objection to this motion.

DATED: January 30, 2020         Respectfully Submitted,

ROBERT S. BREWER, JR.
United States Attorney

/s/ *Lauren G. LaBuff*
LAUREN G. LABUFF
Assistant United States Attorney