# SENTENCING SUMMARY CHART
[✓] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO [ ]  
AUSA [✓]  
DEF [ ]

**Sentencing Date:** November 12, 2021

| | |
|---|---|
| Defendant's Name: ABRAHAM PENA | Docket No.: 19-CR-01941-JLS |
| Attorney's Name: AUSA Lyndzie M. Carter | Phone No.: (619) 546-8780 |
| Guideline Manual Used: November 1, 2018 | Agree with USPO Calc.: Yes |

| | |
|---|---|
| Base Offense Levels: (Drug Quantity if Applicable:) USSG § 2D1.1(c)(1) 22.1 kgs methamphetamine (actual) | 38 |
| Specific Offense Characteristics: USSG § | |
| USSG § 2D1.1(b)(5) Importation of Methamphetamine | +2 |
| 2D1.1(b)(18) and 5C1.2 "Safety Valve" | n/a* |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | n/a** |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: ([ ] Combined (Mult. Counts) [ ] Career Off. [ ] Armed Career Crim.) | 40 |
| Adjustment for Acceptance of Responsibility: [✓] Gov. Motion Under USSG § 3E1.1(b) | -3 |
| Total Offense Level: | 37 |
| Criminal History Score: | 2 |
| Criminal History Category: ([ ] Career Offender [ ] Armed Career Criminal) | II |

Guideline Range:  from 235 mths  
(Range limited by: [✓] minimum mand. [ ] statutory maximum)  to 293 mths  
Departures:  
USSG § 5K2.0 Combo of Factors/Full Appellate Waiver    -2

Resulting Guideline Range: Adjusted Offense Level 35   from 188 mths  
**RECOMMENDATIONS:** 120 months' custody,* 5 yr SR, $100 S/A   to 235 mths  
*Defendant has yet to met all the SV requirements as of this filing. **The United States does not recommend minor role as Defendant has not yet met his burden.  **Based on 18 U.S.C. § 3553(a) factors and consistent with the -2 for full appellate waiver, 120 months is sufficient but not greater than necessary. Approved by BJK: 11.5.21