## SENTENCING SUMMARY CHART
**Sentencing Hearing Date:** February 18, 2022 at 9 a.m.

USPO: _____
AUSA: _____
DEF: X

| | | | | |
|---|---|---|---|---|
| Defendant's Name: | Abraham Pena | Docket No. | 19CR1941-JLS | |
| Attorney's Name: | Kasha K. Castillo | Phone No.: | (619)234-8467 | |
| Guideline Manual Used: | Nov. 2018 | Agree with USPO Calc.: | No | |
| Base Offense Level: (U.S.S.G. § 2D1.1, 2D1.1(a)(5)) | (Drug Quantity, if Applicable) | | (38) | 34 |

Specific Offense Characteristics:
Safety Valve 2D1.1(b)(18)      -**

Adjustments:
Minor Role      -2

Adjusted Offense Level:
    ☐Combined (Mult. Counts)    ☐Career Offender    ☐Armed Career Criminal

Adjustment for Acceptance of Responsibility:      -3
Total Offense Level:      29
Criminal History Score:      0
Criminal History Category:      II
    ☐Career Offender    ☐Armed Career Criminal

Guideline Range:
    (Range limited by:   ☐Minimum Mandatory   ☐Statutory Maximum)    *from:* 97
Departures:      *to:* 121
Combination of Factors / Full Appellate Waiver      -2
Combination of Factors ** (First Step Act SV eligibility)      -2
Combination of Factors: Fast track      -2

Adjusted Offense Level:      23
Resulting Guideline Range:      *from:* 51
     *to:* 63

**Recommendation:**
Variance 33 months; Requested sentence 18 months; no fine; no special assessment